UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:17-cr-217-J-20PDB
    18 U.S.C. § 2421

ROOSEVELT MCRAE GLEE
a/k/a "Nayya"

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

In or about June 2017, in the Middle District of Florida and elsewhere, the defendant,

ROOSEVELT MCRAE GLEE
a/k/a "Nayya,"

did knowingly transport an individual, that is C.K., in interstate commerce from the state of South Carolina, to the Middle District of Florida, with the intent that C.K. engage in prostitution and in any sexual activity for which any person can be charged with a criminal offense.

All in violation of 18 U.S.C. § 2421.

## **FORFEITURE**

1. The allegations contained in Count One of this Indictment are realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2428.

2. Upon conviction of a violation of Title 18, United States Code, Section 2421, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2428:

    a. any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the violation and;

    b. any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

*Michelle E. Smith*
Foreperson

W. STEPHEN MULDROW
Acting United States Attorney

By: *Erin Wolfson*
ERIN WOLFSON
Assistant United States Attorney

By: *Ashley Washington*
ASHLEY WASHINGTON
Assistant United States Attorney

By: *Kelly S. Karase*
Kelly Karase
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
10/30/17 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Jacksonville Division

### THE UNITED STATES OF AMERICA

vs.

### ROOSEVELT MCRAE GLEE
a/k/a "Nayya"

### INDICTMENT

Violations: 18 U.S.C. § 2421

A true bill,

*Michelle E. Smith*
Foreperson

Filed in open court this **1st** day

of November, 2017.

_____
Deputy Clerk

Bail  $_____

GPO 863 525